## IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RYDELL MILLS, | § | |
| | § | No. 464, 2022 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1708012318(N) |
| | § | |
| Appellee. | § | |

Submitted: August 9, 2023
Decided: August 23, 2023

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

### ORDER

This 23rd day of August 2023, after careful consideration of the parties' briefs and the record below, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its Memorandum Opinion dated November 28, 2022.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice